# EXHIBIT A

Taylor, Theresa

FDCPA

### Fees

| Date | Description | Amount |
|------|-------------|--------|
| 05/17/2011 | Received email from client with a voicemail attached. Opened and listened to voicemail from Defendant and took notes. | 90.00 |
| | Prepared and sent email to client about voicemail. Stated that Defendant violated the FDCPA and, since she had already executed a retainer, I could go ahead and prepare a draft complaint and pre-suit letter. | 60.00 |
| 05/18/2011 | Prepared, reviewed, revised, and mailed complaint and pre-suit settlement letter. | 270.00 |
| 05/30/2011 | Received and reviewed email from client with a second voicemail. | 60.00 |
| 05/31/2011 | Prepared and sent email to client with thoughts on second voicemail. | 60.00 |
| | Received and reviewed email from client about collection calls to her job. | 30.00 |
| | Prepared and sent email to client with instructions on how to deal with work calls. | 30.00 |
| | Received and reviewed email from client about work calls. | 30.00 |
| 06/01/2011 | Received and reviewed email from client stating that she called Defendant and informed them of her bankruptcy. | 30.00 |
| 07/19/2011 | Prepared complaint for filing. Prepared initiating documents and filed everything. | 150.00 |
| | Received ECF notice that case was assigned to Judge Darrah. | 30.00 |
| 08/04/2011 | Received ECF notice that status was set for 9/22/2011. | 30.00 |
| 08/09/2011 | Prepared summons and emailed to clerk for issuance. | 90.00 |
| | Received and reviewed email from clerk with summons issued. | 30.00 |

Taylor, Theresa

FDCPA

| Date | Description | Amount |
|---|---|---|
| 08/10/2011 | Received ECF notice that summons was issued. | 30.00 |
| 08/15/2011 | Researched private process servers Retainer Smart Serve. Emailed documents for service. | 120.00 |
| 08/16/2011 | Received email from PPS confirming receipt of documents. | 30.00 |
| | Received voicemail. Outgoing call to Cignarale. (716) 545-4468. Returning his voicemail. Left message on machine asking for an email so I can forward the message that was left by Mr. Porter. | 60.00 |
| 08/27/2011 | Received affidavit of service. Scanned and filed document. Received ECF notice of filing. | 60.00 |
| 09/20/2011 | Prepared, reviewed, revised, and filed Notice of Motion and Motion for Entry of Default with proposed Order. | 180.00 |
| | Received ECF notice that status hearing was continued until 10/5/2011. | 30.00 |
| | Attended status hearing. Hearing was continued for 2 weeks so I could file motion for entry of default. | 150.00 |
| 10/05/2011 | Attended status hearing. Motion for entry of default was granted. Default was entered. 30 days to file Motion for default judgment. | 150.00 |
| 10/07/2011 | Received ECF notice of minute entry regarding status hearing on 10/5. | 30.00 |
| | Received ECF notice of entry of default. | 30.00 |
| | Received and reviewed ECF notice the Clerk entered default. | 30.00 |
| 10/18/2011 | Reviewed file. Prepared affidavit for client. Emailed affidavit to client for execution. | 360.00 |
| 10/19/2011 | Received and reviewed email from client. Client does not have a car and ha difficulties getting to a notary. | 30.00 |
| | Prepared and sent email to client asking her to try and get the affidavit notarized as soon as possible because the court set deadlines for our motion. | 30.00 |
| | Received and reviewed email from client with requested changes | |

Taylor, Theresa

FDCPA

| | | |
|---|---|---:|
| | to affidavit. | 30.00 |
| | Revised affidavit and re-sent affidavit to client. | 30.00 |
| | Received and reviewed executed affidavit via fax. | 30.00 |
| 10/20/2011 | Exchanged emails with client confirming receipt of affidavit. | 30.00 |
| 10/29/2011 | Researched, prepared, reviewed, revised, finalized, and filed Notice of Motion and Motion for Default Judgment. Gathered and scanned supporting exhibits. Prepared proposed order. | 960.00 |
| | Researched, prepared, reviewed, revised, finalized, and filed Notice of Motion and Motion for Fees and Costs. Gathered and scanned supporting exhibits. Prepared proposed order. | 840.00 |
| | Filed motions with supporting documents and proposed orders. Printed copies and prepared envelope for service to defendant. | 360.00 |
| | For Current Services Rendered | 4,590.00 |
| | Total Current Work | 4,590.00 |
| | Balance Due | $4,590.00 |
| | Please Remit | $4,590.00 |

Taylor, Theresa

Balance

$4,590.00

FDCPA

Draft Statement Run Totals 10/29/2011

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 14.70 |
| Fees: | 4,590.00 |